**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GIOVANNI PEREZ,<br><br>          Petitioner,<br><br>      v.<br><br>RAYMOND MADDEN, Warden<br>Centinela State Prison, et.<br>al.,<br><br>          Respondents. | NO. CV 18-10503-JVS(AS)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 1, 2019.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE